**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 28, 2026

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Balde v. Genalo, et al.,* No. 26 Civ. 8227 (JMF)

Dear Judge Furman:

This Office represents Respondents (the "Government") in the above-referenced immigration habeas corpus action, brought by Oumou Balde ("Petitioner"), a non-citizen who is challenging her detention by U.S. Immigration and Customs Enforcement ("ICE"). ECF No. 1 ("Pet."). On September 25, 2026, the Court issued an Order, notifying the parties of a conference scheduled for September 29, 2026 at 4:15 p.m. and ordered the parties to submit a joint letter by 5 p.m. on September 25, 2026 stating (1) whether the conference is necessary and addressing how the Court should handle the present Petition, and (2) whether limitations on remote access to electronic files should be lifted. ECF No. 9. On September 28, 2026, the Court clarified that the deadline for the joint letter is today at 5 p.m. and, further, that the Government may preview its response to Petitioner's motion for release pursuant to *Mapp v. Reno*. ECF Nos. 11,12,13.

First, the parties have conferred and have reached agreement on a proposed briefing schedule. The Court has already directed the Government to file its opposition to Petitioner's *Mapp* motion by October 2, 2026, to which Petitioner takes no position. With respect to the merits of the habeas petition, the parties propose that the Government's response to the Petition be due by October 5, 2026, with any reply from Petitioner due by October 7, 2026. Given an agreement on a briefing schedule, the Government does not believe that the conference scheduled for September 29, 2026 is necessary, however counsel for Petitioner prefers to maintain the status conference to address any further questions from the Court.

Second, regarding the Court's question about lifting the limitations to remote access to the docket in this case, counsel for Petitioner needs time to discuss that question with Petitioner, and thus requests that the Court defer lifting any limitations at this time. The government takes no position on issue of lifting the limitations on remote access, as the restrictions are generally in place to protect the privacy interests of the petitioner.

We thank the Court for its consideration of this submission.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: *s/ Janet Lynne Guyon*
JANET LYNNE GUYON
Special Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (917) 484-0324
E-mail: janet.guyon@usdoj.gov
*Attorney for Respondents*

cc: Counsel for Petitioner (by ECF)

The parties' proposed briefing schedule is hereby ADOPTED. In light of that, and because the Court has no "further questions" at this time, the conference scheduled for this afternoon is CANCELED as unnecessary. Petitioner shall file a letter regarding the limitations on remote access no later than October 6, 2026. SO ORDERED.

September 29, 2026