**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 1, 2026

The motion to seal is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion. The Clerk of Court is directed to terminate ECF No. 19.

SO ORDERED.

October 1, 2026

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Balde v. Genalo, et al.,* No. 26 Civ. 8227 (JMF)

Dear Judge Furman:

This Office represents Respondents (the "Government") in the above-referenced immigration habeas corpus action, brought by Oumou Balde ("Petitioner"), a non-citizen who is challenging her detention by U.S. Immigration and Customs Enforcement ("ICE"). ECF No. 1 ("Pet."). On September 28, 2026, Petitioner filed a motion for immediate release pursuant to *Mapp v. Reno*; the Government's response is due on October 2, 2026. ECF Nos. 11,12,15. I write respectfully, with the consent of Petitioner's counsel, to request permission to file under seal Petitioner's medical records obtained from the Delaney Hall Detention Facility. Ex. A: Medical Records; Ex. B: Medication Records.

The records contain information about Petitioner's current medical condition, her treatment while detained, and her medications. Such information is relevant to the Government's response to her motion for immediate release from detention pursuant to *Mapp v. Reno*. Requests for sealing balance the public's interest in accessing judicial records and litigants' interest in preserving privacy over sensitive personal information. *See United States v. Amodeo*, 71 F.3d 1044, 1048–53 (2d Cir. 1995).

The Court temporarily granted Petitioner's motion to seal certain documents, including a letter from her physician, Earl Scott. M.D. ECF Nos. 16, 18. Because Petitioner's medical records from Delaney Hall are of the same nature as documents Petitioner sought to seal, the Government seeks to treat the medical records the same by filing them under seal. Petitioner consents to the Government's request to seal her more extensive medical reports from Delaney Hall. *Thor Equities, LLC v. Factory Mutual Ins. Comp.*, No. 20-cv-3380 (AT), 2023 WL 6382684, at *1 (S.D.N.Y. Sept. 29, 2023) ("Personal medical information implicates significant privacy interests that overcome the strong presumption of public access.") (internal citation and quotation marks omitted).

I thank the Court for its consideration of this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: *s/ Janet Lynne Guyon*
JANET LYNNE GUYON
Special Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (917) 484-0324
E-mail: janet.guyon@usdoj.gov
*Attorney for Respondents*

cc: Counsel for Petitioner (by ECF)