UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OUMOU BALDE,

Petitioner,

-v-

KENNETH GENALO et al.,

Respondents.

26-CV-8227 (JMF)

MEMORANDUM OPINION AND ORDER

JESSE M. FURMAN, United States District Judge:

Petitioner Oumou Balde, who has been detained by immigration authorities since September 21, 2026, moves for release on bail pending the Court's resolution of her petition for the writ of habeas corpus. *See* ECF No. 11*; see also* ECF No. 1.

In order to be entitled to release, Balde must demonstrate both that (1) her petition raises substantial claims and (2) extraordinary circumstances exist that make the grant of bail necessary to make the habeas remedy effective. *See Mapp v. Reno*, 241 F.3d 221, 230 (2d Cir. 2001); *see also Fulton v. Mullin*, 181 F.4th 292, 293 (2d Cir. 2026). Here, assuming without deciding that Balde satisfies the first requirement, she fails to satisfy the second, substantially for the reasons set forth in Respondents' memorandum of law in opposition to her motion. *See* ECF No. 22, at 6-8. In brief, however sympathetic Balde's (and her family's) circumstances may be, she fails to demonstrate extraordinary circumstances, let alone extraordinary circumstances that "make the grant of bail necessary to make the habeas remedy effective." *Fulton*, 181 F.4th at 293. *Fulton*, upon which she principally relies, *see* ECF No. 12, at 4, is easily distinguished, as the detainee there demonstrated, and the Government did not dispute, that "failure to supply adequate medical care [would] result in [his] near certain death." 181 F.4th at 293 (internal quotation marks

omitted). Accordingly, Balde's motion for release on bail must be and is DENIED.

Balde's motion to seal her medical and medication records is GRANTED. *See* ECF No. 19. Balde is reminded that any reply in support of her petition is due by **October 7, 2026**.

The Clerk of Court is directed to terminate ECF Nos. 11 and 19.

SO ORDERED.

Dated: October 6, 2026
New York, New York

JESSE M. FURMAN
United States District Judge