UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| OUMOU BALDE, Petitioner, -v- KENNETH GENALO et al, Respondents. | : | 26-CV-8227 (JMF) <br> <u>ORDER</u> |

JESSE M. FURMAN, United States District Judge:

In accordance with the Court's October 9, 2026 Memorandum Opinion and Order, *see* ECF No. 34, Defendants certify that Petitioner has been released from custody, *see* ECF No. 35. Upon reflection, the Court concludes that there is some ambiguity with respect to whether and to what extent Petitioner requests any further relief. *See, e.g.*, ECF No. 31, at 24 ("[The government's] entire framing of Ms. Balde's petition — that Ms. Balde 'asks this Court to enjoin her removal to a third country and allow her to challenge her removal to Ghana' — is incorrect. . . . This Court need not 'enjoin [Ms. Balde's] removal to a third country'; *it need only grant her release* until such time Respondents are prepared to give her sufficient process." (latter alteration in original) (emphasis added)); *id.* at 25 ("Ms. Balde respectfully requests this Court grant her petition and order Respondents to release her.").

Accordingly, the parties are hereby directed to confer and file a joint letter **no later than October 21, 2026**, addressing (1) whether Petitioner seeks further relief and, if so, what form(s) of relief; (2) what next steps, if any, the Court should take with respect to the Petition — including whether, if there remain issues to be decided, the Court should resolve those issues on the basis of the parties' existing briefing or on the basis of additional briefing; and (3) whether the Court should hold a conference. Further, in the joint letter, Respondents should disclose the current status and expected timing of Petitioner's removal and specify the process, if any, to which she is entitled to challenge her removal to a third country.

SO ORDERED.

Dated: October 14, 2026
New York, New York

JESSE M. FURMAN
United States District Judge