UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OUMOU BALDE,

Petitioner,

-v-

KENNETH GENALO et al,

Respondents.

---

26-CV-8227 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On October 28, 2026, the Court issued an Order requiring the parties to "show cause in writing why the Court should not proceed in the manner" described therein. ECF No. 42. Having received the parties' submissions, *see* ECF Nos. 43, 44, 46, the Court agrees with Respondents that ordering the Department of Homeland Security to join Petitioner's motion to reopen is not appropriate in this circumstance; nor is it evident that doing so would be within the Court's authority. Further, in light of Respondents' repeated assertion that it does not anticipate any procedural bars to Petitioner's motion to reopen, *see* ECF No. 25, at 16; *see also* ECF Nos. 42, 46, the Court concludes that the proper course of action is to provide Petitioner an adequate opportunity to pursue relief in through the immigration court. In the Court's view, the immigration court is also the proper forum for Petitioner to request, at least in the first instance, "any factfinding record through which DHS credited the diplomatic assurances it received from Ghana and determined that Ms. Balde is unlikely to be face future persecution or torture if removed to Ghana." ECF No. 44, at 4.

Accordingly, it is hereby ORDERED that the stay of Petitioner's removal from the United

States, *see* ECF No. 3, is continued for sixty days to provide Petitioner time to file both a motion to reopen her removal proceedings and an application for a stay in the immigration court. Unless and until the Court orders otherwise, the stay will automatically expire at the end of that sixty-day period. In the event that Petitioner is re-detained (in connection with her removal or otherwise), and she believes that such detention violates the Constitution or laws of the United States, she may, of course, file a new habeas petition. For avoidance of doubt, however, the Government may not re-detain Petitioner pursuant to 8 U.S.C. § 1231(a)(6). *See* ECF No. 34.

The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: November 6, 2026
New York, New York

JESSE M. FURMAN
United States District Judge